UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZACHARY R. CHERTOK and ELIOT JOKELSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD, MEDFORD CITY COUNCIL, and BREANNA LUNGO-KOEHN, in their official capacities,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Civil Action No. 1:26-cv-10589 |

## <u>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Zachary R. Chertok and Eliot Jokelson respectfully move this Court for a preliminary injunction enjoining Defendants, and all persons acting in concert with them, from implementing, enforcing, or taking any action pursuant to the Values-Aligned Local Investments Ordinance (the "Ordinance") pending final adjudication of this action.

Preliminary injunctive relief is warranted because Plaintiffs are likely to succeed on the merits, will suffer immediate and irreparable harm absent an injunction, the balance of equities favors preserving the status quo, and an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Sindicato Puertorriqueño de Trabajadores v. Fortuño*, 699 F.3d 1, 10 (1st Cir. 2012).

As set forth in the accompanying Memorandum of Law, Plaintiffs are likely to succeed on the merits because the Ordinance (i) is preempted by the federal government's exclusive authority over foreign affairs, (ii) exceeds municipal home-rule authority and is ultra vires, (iii) conflicts with mandatory Massachusetts investment statutes, and (iv) unlawfully compels municipal fiduciaries to violate their statutory duties of prudence and loyalty. Absent injunctive relief,

1

Plaintiffs and similarly situated taxpayers and beneficiaries will suffer irreparable harm through the unlawful management of public funds, increased investment risk, and the loss of statutory protections that cannot be remedied after the fact.

This Motion is supported by the accompanying Memorandum of Law, the Verified Complaint, and the Declaration of Douglas Brooks, the pleadings and papers on file in this action, and such argument as may be presented at the hearing. A proposed order granting this Motion is submitted herewith.

Dated: April 16, 2026

<div style="margin-left:50%">

Respectfully submitted,
/s/ *Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
dbrooks@lhbmlegal.com

Mark Goldfeder*
Bencion Schlager*
Anat Alon-Beck*
David Benger*
NATIONAL JEWISH ADVOCACY CENTER (NJAC)
1954 Airport Road, Suite 1196
Atlanta, GA 30341
(332) 278-1100
mark@njaclaw.org
ben@njaclaw.org
anat@njaclaw.org
david@njaclaw.org

</div>

Rachel Sebbag*
THE GEVURA FUND
PO Box 1187
Gloucester, MA 01931
(978) 491-5414
rachel@njaclaw.org

*admission *pro hac vice* forthcoming

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies/PDFs will be sent by regular mail/email on this date to those indicated as non-registered participants.

*/s/ Douglas S. Brooks*
Douglas S. Brooks