**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ZACHARY R. CHERTOK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MEDFORD, et al.<br><br>    Defendants. | C.A. No.: 1:26-cv-10589-GAO<br><br>Oral Argument Requested |

**MOTION BY CLARE SHERIDAN, MIRANDA BRISENO, CHADI SALAMOUN, BENJAMIN STEIN, PHOEBE ECKART-LEE, CASSANDRA FOX, MICHAEL PRENTKY, JANET SASS COLLINS, DWIGHT SCHAFFER COLLINS, NOAH BREWER-WALLIN, EMILY NOLA SUNDQUIST, AND SAM COLLINS**
**FOR LEAVE TO INTERVENE**

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, Clare Sheridan, Miranda Briseno, Chadi Salamoun, Benjamin Stein, Phoebe Eckart-Lee, Cassandra Fox, Michael Prentky, Janet Sass Collins, Dwight Schaffer Collins, Noah Brewer-Wallin, Emily Nola Sundquist, and Sam Collins (the "Proposed Intervenors") respectfully request leave to intervene as defendants in the above-captioned action. In the alternative, Proposed Intervenors respectfully request that this Court exercise its discretion under Federal Rule of Civil Procedure 24(b) to grant them leave to intervene. In support of this Motion, the Proposed Intervenors submit the accompanying Memorandum of Law.

As detailed more fully in that Memorandum, the Proposed Intervenors respectfully request to intervene for the following reasons: (1) the request is timely because the case is in its early stages and Proposed Intervenors have moved swiftly; (2) the Proposed Intervenors have direct and important interests at stake in the litigation; (3) those interests would be adversely affected by a disposition in Plaintiffs' favor; and (4) the Defendants cannot adequately protect those interests as

1

Defendants' goals and strategy have dramatically diverged from those of Proposed Intervenors. Moreover, Proposed Intervenors are well positioned to assist the Court in developing a much more comprehensive record. Accordingly, the Proposed Intervenors respectfully request that the Court grant their request to intervene in this matter.

WHEREFORE, the Proposed Intervenors respectfully request that this Court: grant their Motion and permit the Proposed Intervenors to intervene as defendants pursuant to Rule 24(a) or, in the alternative, Rule 24(b).

Respectfully submitted,

Dated: April 28, 2026

*/s/ Micah-Shalom Kesselman*

Micah-Shalom Kesselman (BBO #: 697902)
Attorney for Proposed Intervenors
499 Main Street
Medford, MA 02155
414-378-3533
mkesselm@gmail.com

*/s/ Malak Afaneh*

Malak Afaneh *(pro hac vice forthcoming)*
American-Arab Anti-Discrimination Committee
910 17th Street, Northwest
Washington, DC 20006
mafaneh@adc.org

*/s/ Jenin Younes*

Jenin Younes *(pro hac vice forthcoming)*
American-Arab Anti-Discrimination Committee
910 17th Street, Northwest
Washington, DC 20006
jyounes@adc.org

*/s/ Jonathan Wallace*

Jonathan Wallace *(pro hac vice forthcoming)*
Attorney for Proposed Intervenors
PO 728
Amagansett, N.Y. 11930

917- 359-6234
jonathan.wallace80@gmail.com
Attorney for Proposed Intervenors

## CERTIFICATION OF SERVICE

I hereby certify that, on April 28, 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated: April 28, 2026

/s/ Micah-Shalom Kesselman

Micah-Shalom Kesselman (BBO #: 697902)
Attorney for Proposed Intervenors
499 Main Street
Medford, MA 02155
414-378-3533
mkesselm@gmail.com

4