## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZACHARY R. CHERTOK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MEDFORD, et al. <br><br> Defendants. | C.A. No.: 1:26-cv-10589-GAO |

### PROPOSED INTERVENORS' MOTION TO STAY OR EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Proposed Intervenors respectfully move for a stay, or in the alternative a modest extension of the deadline to respond to Plaintiff's Motion for Preliminary Injunction until the Court resolves Proposed Intervenors' pending Motion to Intervene.

Plaintiffs filed their Motion for Preliminary Injunction on April 16, 2026. Under Local Rule 7.1, opposition is due on April 30, 2026. Proposed Intervenors filed their Motion to Intervene on April 28, 2026, seeking to participate as defendants based on significant interests that are not adequately represented by the existing Defendants.

A stay or extension pending resolution of the Motion to Intervene would promote judicial efficiency and ensure that the Court benefits from a complete and fully developed record, including the perspective of Proposed Intervenors. Because Proposed Intervenors seek to participate as defendants and raise distinct interests, their participation in the preliminary injunction briefing will

assist the Court in adjudicating Plaintiffs' request for relief.

Proposed Intervenors do not seek to delay these proceedings. If the Court does not rule on the Motion to Intervene by the close of April 29, 2026, Proposed Intervenors will file an opposition to Plaintiffs' Motion for Preliminary Injunction by April 30, 2026.

Accordingly, Proposed Intervenors respectfully request that the Court stay or extend the deadline to respond to Plaintiffs' Motion for Preliminary Injunction until resolution of the Motion to Intervene or grant such other relief as the Court deems appropriate.

Dated: April 29, 2026

Respectfully submitted,

*/s/Micah-Shalom Kesselman*

Micah-Shalom Kesselman (BBO #: 697902)
Attorney for Proposed Intervenors
499 Main Street
Medford, MA 02155
414-378-3533
mkesselm@gmail.com

*/s/Malak Afaneh*

Malak Afaneh *(pro hac vice forthcoming)*
Attorney for Proposed Intervenors
American-Arab Anti-Discrimination Committee
910 17th Street, Northwest
Washington, DC 20006
mafaneh@adc.org

*/s/Jenin Younes*

Jenin Younes *(pro hac vice forthcoming)*
Attorney for Proposed Intervenors
American-Arab Anti-Discrimination Committee
910 17th Street, Northwest
Washington, DC 20006
jyounes@adc.org

2