## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that, on April 29, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail, electronic mail, or hand delivery to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Micah-Shalom Kesselman*