**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ZACHARY R. CHERTOK, et al.,<br><br>Plaintiffs,<br>v.<br>CITY OF MEDFORD, et al.<br><br>Defendants. | C.A. No.: 1:26-cv-10589-GAO<br><br>**PROPOSED INTERVENORS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO INTERVENE** |

Proposed Intervenors respectfully move for leave to file a reply memorandum in further support of their Motion to Intervene.

Under Local Rule 7.1(b)(3), reply memoranda and other additional papers may be submitted only with leave of court. Proposed Intervenors seek leave to file a short reply that is narrowly tailored to address arguments raised in Plaintiffs' opposition.

Good cause exists for granting leave. Plaintiffs' opposition raises arguments concerning timeliness, adequacy of representation, and permissive intervention that warrant a focused response.  Proposed Intervenors did not have the opportunity to address those arguments in their initial motion to intervene. Allowing a reply will assist the Court in resolving the issues presented, will therefore serve the ends of justice, and will not cause delay or prejudice to any party.

The proposed reply memorandum is attached hereto.

WHEREFORE, Proposed Intervenors respectfully request that the Court grant leave to file the attached reply.

Dated: May 7, 2026

Respectfully submitted,

*/s/Micah-Shalom Kesselman*

Micah-Shalom Kesselman (BBO #: 697902)
Attorney for Proposed Intervenors
499 Main Street
Medford, MA 02155
414-378-3533
mkesselm@gmail.com

*/s/Malak Afaneh*

Malak Afaneh
Staff Attorney
mafaneh@adc.org

*/s/Jenin Younes*

Jenin Younes
Interim President and Legal Director
jyounes@adc.org

American-Arab Anti-Discrimination Committee
910 17th Street, Northwest
Washington, DC 20006

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), I certify that prior to filing this Motion, counsel for the Proposed Intervenors made good faith effort to meet and confer with counsel of record for all parties. On May 4, 2026, Attorney Sebbag for the Plaintiffs indicated Plaintiffs' opposition to the motion by email. Voicemails were left with counsel for the Defendants, who failed to respond with an indication of Defendants' disposition.

*/s/Micah-Shalom Kesselman*

Micah-Shalom Kesselman (BBO #: 697902)
Attorney for Proposed Intervenors
499 Main Street
Medford, MA 02155
414-378-3533
mkesselm@gmail.com

*Attorney for Proposed Intervenors*

3

**CERTIFICATE OF SERVICE**

I certify that on May 7, 2026, I served via electronic mail a copy of the foregoing motion and affidavit in the above-captioned matter on all counsel of record via ECF.

/s/Micah-Shalom Kesselman

Micah-Shalom Kesselman (BBO #: 697902)
Attorney for Proposed Intervenors
499 Main Street
Medford, MA 02155
414-378-3533
mkesselm@gmail.com

*Attorney for Proposed Intervenors*

4