**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ZACHARY R. CHERTOK, et al., | C.A. No.: 1:26-cv-10589-GAO |
| Plaintiffs, | |
| v. | |
| CITY OF MEDFORD, et al. | |
| Defendants. | |

## DECLARATION

I, Emily Lazzaro, declare under penalty of perjury that the following facts are true and correct:

1. I am a City Councilor to Medford, Massachusetts, re-elected into office in November of 2025.

2. I have served on the Medford City Council since January 2024.

3. It is my understanding that the Medford City Council is not legally authorized to direct or determine legal strategy in ongoing litigations.

4. To date, I have received no substantive briefing of legal posture or strategy from either the Mayor's office or appointed municipal counsel.

5. I believe that, had the Proposed Intervenors not moved to intervene when they did, the City of Medford would likely have defaulted in the ongoing case against it over the Values-Aligned Local Investment Ordinance.

6.  Mayor Breanna Lungo-Koehn vetoed the Values-Aligned Local Investment Ordinance, and the City Council overrode the veto. The mayor is now proposing to not carry out the ordinance as a method of defending the City against the lawsuit.

7.  I am in support of the Proposed Intervenors' motion to intervene and believe it is necessary to a fair and diligent defense of the City of Medford.

Signed:     _/s/ Emily Lazzaro_____     Dated: May 7, 2026