**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ZACHARY R. CHERTOK, et al.,

    Plaintiffs

    v.

CITY OF MEDFORD, et al.
Defendants.

    C.A. No.: 1:26-cv-10589-GAO

**<u>DECLARATION</u>**

    I, Matthew James Leming, declare under penalty of perjury that the following facts are true and correct:

1. I am a City Councilor to Medford, Massachusetts, elected into office in November of 2023 and re-elected in November of 2025.

2. I have served on the Medford City Council for 28 months.

3. It is my understanding that the Medford City Council is not legally authorized to direct or determine legal strategy in ongoing litigations.

4. To date, I have received no substantive briefing of legal posture or strategy from either the Mayor's office or appointed municipal counsel.

5. The City of Medford's legal representation reports to the Mayor and not the City Council, and legal counsel may only be employed by the City at the pleasure of the Mayor.

6. On October 9th, 2025, the Mayor notified the City Council of her veto of the Values-Aligned Local Ordinance.

7. At a City Council Committee of the Whole meeting on April 14th, 2026, multiple City Councilors expressed frustration at the lack of access to legal advice, with one stating, "We know that KP Law has already stated multiple times that they don't work for us. They work for the mayor."

8. I believe that, had the Proposed Intervenors not moved to intervene when they did, the City of Medford would likely have defaulted in the ongoing case against it over the Values-Aligned Local Investment Ordinance.

9. This became particularly clear to me on April 30th, 2026, in an email to Council President Isaac B. "Zac" Bears, in which the Mayor wrote:

*I have consistently incorporated the Council's motion and requests into every discussion reviewing this case, but as you know, the plaintiffs' claims are, in essence, against the City in this case.  Legal previously provided an overview of the potential legal challenges to the Ordinance prior to adoption for the City's consideration and has provided me and the Council with legal advice for the City's review regarding the litigation as well.  As you know, pursuing a defense could expose the City to significant litigation and financial risk that*

*we simply cannot afford. I have been and will continue to consider the litigation position of the City regarding this federal case, the council's requests, and the use of the City's limited resources.*

10. I am in support of the Proposed Intervenors' motion to intervene and believe it is necessary to a fair and diligent defense of the City of Medford.

Signed:        /s/ Matthew James Leming        Dated: May 05, 2026