## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZACHARY R. CHERTOK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br><br>CITY OF MEDFORD, et al.<br><br>    Defendants. | C.A. No.: 1:26-cv-10589-GAO |

## **DECLARATION**

I, Anna Callahan, declare under penalty of perjury that the following facts are true and correct:

1. I am a duly elected member of the Medford City Council and have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Proposed Intervenors' Motion to Intervene and Supplemental Memorandum in Support of Intervention.

3. As a member of the Medford City Council, I am familiar with the Values-Aligned Local Investments Ordinance and the circumstances surrounding its enactment.

4. I supported the Ordinance during the legislative process and continue to support its implementation and enforcement.

5. Plaintiffs in this action seek to enjoin and invalidate the Ordinance.

6. It is my understanding that the City has declined to oppose Plaintiffs' request for preliminary injunctive relief and has represented that it will not take active steps to implement the Ordinance while this litigation is pending.

7. Based on my understanding of the litigation and the City's current posture, I am concerned that the Ordinance will not receive a full and meaningful defense absent intervention by additional parties committed to defending and enforcing it.

8. I believe intervention is necessary to ensure a fair and diligent defense of the Ordinance.

9. For that reason, I seek to join this action as a Proposed Intervenor as a private citizen and Medford resident under my rights as a municipal resident taxpayer in support of the pending Motion to Intervene.

Signed: */s/ Anna Callahan*　　　　　　Dated: June 12, 2026

2