**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ZACHARY R. CHERTOK, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br> CITY OF MEDFORD, et al. <br><br> Defendants. | C.A. No.: 1:26-cv-10589-GAO |

**SUPPLEMENTAL DECLARATION**

I, Matthew James Leming, declare under penalty of perjury that the following facts are true and correct:

1.  I previously submitted a declaration in support of Proposed Intervenors' Motion to Intervene. *See* Revised Declaration of Matthew James Leming, Ex. A to Notice of Withdrawal and Substitution of Declarations, ECF No. 31-1.

2.  I continue to hold the views expressed in that declaration.

3.  I voted in favor of passing the Values-Aligned Local Investments Ordinance and continue to support its implementation and enforcement.

4. Since submitting that declaration, I have determined that intervention is necessary and now seek to join this action as a Proposed Intervenor as a private citizen and resident of the City of Medford and under my rights as a municipal resident taxpayer.

5. I continue to believe that intervention is necessary to ensure a fair and diligent defense of the Values-Aligned Local Investments Ordinance.

Signed: _/s/ Matthew James Leming_____          Dated: June 12, 2026