**Tuesday, June 23, 2026 at 12:19:04 PM Eastern Daylight Time**

---

**Subject:** RE: Local Rule 7.1 Conference – Proposed Motion for Leave to Supplement Intervention Motion
**Date:** Friday, June 12, 2026 at 9:26:10 AM Eastern Daylight Time
**From:** Janelle M. Austin
**To:** Rachel Sebbag, Malak Afaneh, Ben Schlager, Devan C. Braun, Douglas Brooks
**CC:** Micah-Shalom Kesselman, Jenin Younes
**Attachments:** image975289.png

Counsel for Proposed Intervenors,

I again refer you to this office's prior e-mails regarding this matter, including my e-mails on May 8 and May 11, 2026, relative to the requirements of Rule 4.2 and communications with represented parties in this case, which have not been authorized.

Janelle

**Janelle M. Austin, Esq.**



101 Arch Street, 12th Floor
Boston, MA 02110
617-654-1794
jaustin@k-plaw.com
www.k-plaw.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and attachments thereto, if any, and destroy any hard copies you may have created and notify me immediately.

---

**From:** Rachel Sebbag <Rachel@njaclaw.org>
**Sent:** Thursday, June 11, 2026 12:07 PM
**To:** Malak Afaneh <mafaneh@adc.org>; Ben Schlager <Ben@NJACLaw.org>; Janelle M. Austin <jaustin@k-plaw.com>; Devan C. Braun <DBraun@k-plaw.com>; Douglas Brooks <dbrooks@lhbmlegal.com>
**Cc:** Micah-Shalom Kesselman <mkesselm@gmail.com>; Jenin Younes <jyounes@adc.org>
**Subject:** Re: Local Rule 7.1 Conference – Proposed Motion for Leave to Supplement Intervention Motion

Plaintiffs do not consent, and encourage the Proposed Intervenors to reconsider their misguided approach.

Rachel Sebbag
rachel@njaclaw.org
(332) 278-1100 x770

Sent from my mobile device. Please excuse any errors or brevity.

Notice: If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify the sender immediately, and do not use or disseminate the information.

**From:** Malak Afaneh <mafaneh@adc.org>
**Sent:** Thursday, June 11, 2026 12:04:02 PM
**To:** Rachel Sebbag <Rachel@njaclaw.org>; Ben Schlager <Ben@NJACLaw.org>; jaustin@k-plaw.com <jaustin@k-plaw.com>; Devan C. Braun <dbraun@k-plaw.com>; Douglas Brooks <dbrooks@lhbmlegal.com>
**Cc:** Micah-Shalom Kesselman <mkesselm@gmail.com>; Jenin Younes <jyounes@adc.org>
**Subject:** Local Rule 7.1 Conference – Proposed Motion for Leave to Supplement Intervention Motion


Counsel,

I write pursuant to Local Rule 7.1 regarding Proposed Intervenors' anticipated Motion for Leave to Supplement Their Motion to Intervene, which Proposed Intervenors presently intend to file tomorrow.

Proposed Intervenors intend to seek leave to file a short supplemental memorandum and accompanying declarations reflecting developments that occurred after briefing on intervention was substantially completed. Specifically, two sitting members of the Medford City Council, Councilors Anna Callahan and Matthew Leming, seek to join as Proposed Intervenors and have submitted declarations in support of that request.

Please let me know whether your clients assent, oppose, or take no position with respect to the proposed motion.

Thank you.

Best,
Malak Afaneh

Staff Attorney
American-Arab Anti-Discrimination Committee
910 17th Street, Northwest
Washington, DC 20006